AO91 (Rev. 12/03) Criminal Complaint    Felony    AUSA

United States District Court
Southern District of Texas
**FILED**

# UNITED STATES DISTRICT COURT

JAN 1 0 2020

David J. Bradley, Clerk of Court

Southern District Of Texas Brownsville Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| vs. | |
| Adrian ALVAREZ-Zapata<br>A216 545 681  Mexico | Case Number: B-20- mj-122 |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about  January 08, 2020  in  Cameron  County, in the  Southern District Of Texas  defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title  8  United States Code, Section(s)  1326(a)(1)/(b)(1)

I further state that I am a(n)  Border Patrol Agent  and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol Agents conducting Linewatch operations near Brownsville, Texas on January 08, 2020. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on 01/22/2019. The defendant was convicted of Sexual Battery on 03/24/2009. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had no funds.

Continued on the attached sheet and made a part of this complaint:    ☐ Yes   ☒ No

Signature of Complainant

Ramirez, Jesus    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

January 10, 2020                                   at    Brownsville, Texas
Date                                                          City/State

Ronald G. Morgan          U.S. Magistrate Judge
Name of Judge                    Title of Judge                    Signature of Judge